UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 13-38624
ESTHER LEDESMA )
 )  Chapter: 13
 )  Honorable Jack B. Schmetterer
 )
 )
Debtor(s) )

## ORDER MODIFYING SEPTEMBER 30, 2013 MODIFIED PLAN

IT IS HEREBY ORDERED:

1. The Cook County Treasurer's Office is stricken from Section E3.2.

Dated: 3/5/14

Enter:

United States Bankruptcy Judge

**Prepared by:**
Mohammed Badwan ARDC #6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20130103_bko