## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) NO. 13 B 38624 |
| ESTHER LEDESMA, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) |
| | ) Honorable Judge Jack B. Schmetterer |
| | ) |

### NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR CIVIL CONTEMPT FOR VIOLATIONS OF THE AUTOMATIC STAY AND THE CHAPTER 13 CONFIRMATION ORDER AND TO ENFORCE THE CONFIRMED CHAPTER 13 PLAN AGAINST GREE TREE SERVICING LLC (DOCKET NUMBER 28)

**NOW COMES**, ESTHER LEDESMA ("Debtor"), by and through her attorneys, Paul M. Bach and Penelope N. Bach of Sulaiman Law Group, Ltd, bringing this Notice of Withdrawal as follows:

1. Debtor's Motion for Civil Contempt for Violations Of The Automatic Stay and the Chapter 13 Confirmation Order And To Enforce The Confirmed Chapter 13 Plan Against Green Tree Servicing LLC (Docket Number 28) is withdrawn without prejudice.

Dated: January 3, 2016                                  Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach, #6209530
Counsel for Debtors
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181